IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

VASU D. ARORA MD,

    Plaintiff,

v.

UNITED STATES OF AMERICA,

    Defendant.
_____/

No. C 05-01460 JSW

**ORDER GRANTING PLAINTIFF LEAVE TO DISMISS CASE**

    Now before the Court is Plaintiff Vasu D. Arora, M.D.'s request for leave to dismiss the above-captioned action. Plaintiff represents that Defendant United States does not oppose Plaintiff's request. The Court HEREBY GRANTS Plaintiff's request to dismiss to this action.

    **IT IS SO ORDERED.**

Dated: October 24, 2005

                                                   JEFFREY S. WHITE
                                                   UNITED STATES DISTRICT JUDGE